PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Joshua Rodriguez  Cr.: 19-00144-001
PACTS #: 3443751

Name of Sentencing Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/03/2019

Original Offense:   Count One: Conspiracy To Distribute Controlled Substance, 21:846

Original Sentence: 6 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment - $100, Substance Abuse Testing, Location Monitoring Program, Drug Treatment, Life Skills Counseling, Education/Training Requirements

Type of Supervision: Supervised Release  Date Supervision Commenced: 12/20/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. | Joshua Rodriguez violated the special condition of supervised release "You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name."

On December 9, 2020, Mr. Rodriguez admitted to using methamphetamine on December 6, 2020. Mr. Rodriguez has a history of methamphetamine use and stated that he relapsed as a coping mechanism. He stated that he has been stressed because of his relationship with his mother and his living environment.

U.S. Probation Officer Action:
Our office referred Mr. Rodriguez to short-term inpatient substance abuse treatment program to help stabilize his behaviors. He is awaiting enrollment. We respectfully ask that this notice serve as a written reprimand.  Our office will immediately notify the Court of any additional non-compliance.

Prob 12A – page 2
Joshua Rodriguez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Maria Goodwater/SGM*

By:   MARIA GOODWATER
U.S. Probation Officer

/ mg

APPROVED:

*Suzanne Golda-Martinez*           *12/15/2020*
SUZANNE GOLDA-MARTINEZ           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]   No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

*s/Susan D. Wigenton, U.S.D.J.*
Signature of Judicial Officer

*December 16, 2020*
Date