PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Joshua Rodriguez                                                                 Cr.: 19-00144-001
                                                                                                   PACTS #: 3443751

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/03/2019

Original Offense:   Count One: Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More of Methamphetamine, 21:846

Original Sentence: 6 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment - $100, Substance Abuse Testing, Location Monitoring Program, Drug Treatment, Life Skills Counseling, Education/Training Requirements

Type of Supervision: Supervised Release                         Date Supervision Commenced: 12/20/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | On January 24, 2021, Joshua Rodriguez was arrested by members of Westwood Police Department and charged with possession of gamma hydroxybutyrate and possession of CDS/Analog. To date, the charges remain pending in Westwood Municipal Court. |

U.S. Probation Officer Action:
Mr. Rodriguez admitted to relapsing on methamphetamine in December 2020. We referred him to inpatient treatment at Turning Point in Paterson, New Jersey; however, he was not admitted into the facility due to his ongoing health issues. Mr. Rodriguez is scheduled to be admitted to inpatient treatment at New Bridge Medical Center in Paramus, New Jersey on February 3, 2021.

We will update the court on the outcome of the pending charges and Mr. Rodriguez's compliance with inpatient treatment.

                                                        Respectfully submitted,

                                                        SUSAN M. SMALLEY, Chief
                                                        U.S. Probation Officer
                                                        *Maria Goodwater/SGM*
                                                        By:   MARIA GOODWATER
                                                              U.S. Probation Officer

Prob 12A – page 2
Joshua Rodriguez

/ mg

APPROVED:

*Suzanne Golda-Martinez*          *02/01/2021*
SUZANNE GOLDA-MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*s/Susan D. Wigenton*
Signature of Judicial Officer

*February 1, 2021*
Date