PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Joshua Rodriguez      Cr.: 19-00144-001
    PACTS #: 3443751

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/03/2019

Original Offense:    Count One: Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More of Methamphetamine, a Class B Felony

Original Sentence: 6 months imprisonment, 5 years supervised release

Special Conditions: Location Monitoring Program, Drug Testing and Treatment, Life Skills/Education, Residential Reentry Center Placement (6 months), Consent to Search

Type of Supervision: Supervised Release      Date Supervision Commenced: 12/20/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On March 17, 2023, during an office contact visit, Mr. Rodriguez submitted a urinalysis which tested positive for methamphetamines. Prior to submission, Rodriguez admitted to drug use and signed an admission of drug use form. |

U.S. Probation Officer Action:
Mr. Rodriguez was verbally reprimanded for his drug use and the consequences for continued illicit substance use were discussed. It should be noted, prior to this relapse, Rodriguez maintained sobriety for over a year. Any future drug use will result in a referral for a substance abuse treatment assessment to determine if treatment is necessary. The U.S. Probation Office will continue to monitor Rodriguez' compliance by continuing with random testing. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Rodriguez and allow this notice serve as a written reprimand from the Court.

Prob 12A – page 2
Joshua Rodriguez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Donovan K. Hammond*
DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____  3/20/23
PATRICK HATTERSLEY              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

March 20, 2023
_____
Date