PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Joshua Rodriguez                 Cr.: 19-00144-001
                                                                       PACTS #: 3443751

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/03/2019

Original Offense:    Count One: Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or
                     More of Methamphetamine, a Class B Felony

Original Sentence: 6 months imprisonment, 5 years supervised release

Special Conditions: Location Monitoring Program, Drug Testing and Treatment, Life Skills/Education,
Residential Reentry Center Placement (6 months), Consent to Search

Type of Supervision: Supervised Release                 Date Supervision Commenced: 12/20/2019

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  On March 31, 2023, during an office contact visit, Mr. Rodriguez submitted a
                    urinalysis which tested positive for methamphetamines. Prior to submission,
                    Rodriguez admitted to drug use and signed an admission of drug use form.

U.S. Probation Officer Action:
Mr. Rodriguez was verbally reprimanded for his drug use and the consequences for continued illicit
substance use were discussed. Mr. Rodriguez admitted to his drug use prior to the test and asked the
undersigned officer to be enrolled in substance abuse treatment.  He has been referred to the Integrity House
Inc. located in Secaucus, New Jersey for a substance abuse assessment for outpatient services. The U.S.
Probation Office will continue to monitor Rodriguez' sobriety with random drug testing and compliance
with substance abuse treatment. We will notify the Court of any additional non-compliance. We are
respectfully requesting no action be taken against Mr. Rodriguez and allow this notice serve as a written
reprimand from the Court.

Prob 12A – page 2
Joshua Rodriguez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____     04/04/23
PATRICK HATTERSLEY                              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

_____
April 11, 2023
Date