PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Joshua Rodriguez     Cr.: 19-00144-001
PACTS #: 3443751

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/03/2019

Original Offense:    Count One: Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More of Methamphetamine, a Class B Felony

Original Sentence: 6 months imprisonment, 5 years supervised release

Special Conditions: Location Monitoring Program, Drug Testing and Treatment, Life Skills/Education, Residential Reentry Center Placement (6 months), Consent to Search

Type of Supervision: Supervised Release      Date Supervision Commenced: 12/20/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.     On June 14, 2023, during an office contact visit, Mr. Rodriguez submitted a urinalysis which tested positive for methamphetamines. Prior to submission, Rodriguez admitted to drug use and signed an admission of drug use form.

U.S. Probation Officer Action:
Mr. Rodriguez was verbally reprimanded for his continued drug use and the consequences for continued illicit substance use were discussed. Mr. Rodriguez admitted to his drug use prior to the urinalysis and asked the undersigned officer to be enrolled in inpatient substance abuse treatment. He has been referred to Integrity House Inc. located in Secaucus, New Jersey for short term inpatient treatment. Mr. Rodriguez' admission into the program is currently pending results from his blood work due to a medical condition that will require monitoring while receiving inpatient care. Once Mr. Rodriguez is cleared to enter the inpatient facility he will be admitted. The U.S. Probation Office will continue to monitor Rodriguez' sobriety and compliance with substance abuse treatment. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Rodriguez and allow this notice serve as a written reprimand from the Court.

Prob 12A – page 2
Joshua Rodriguez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____    06/30/23
PATRICK HATTERSLEY                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

June 30, 2023
Date